John MURPHY, Petitioner,

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 02–3056.

United States Court of Appeals, Federal Circuit.

Oct. 16, 2002.

Before MAYER, Chief Judge, CLEVENGER, and RADER, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**GRID CONSTRUCTION, INC., Appellant,**

v.

**Thomas E. WHITE, Secretary of the Army, Appellee.**

No. 02–1044.

United States Court of Appeals, Federal Circuit.

Oct. 16, 2002.

Before RADER, Circuit Judge, ARCHER, Senior Circuit Judge, and SCHALL, Circuit Judge.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.